# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2020

161016

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

GERALD RAYNARD FULLER,
     Defendant-Appellee.

_____/

SC: 161016
COA: 345500
Wayne CC: 18-002067-FH

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the January 21, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2020



Clerk

b0610